**Antoine ST. CYR, Petitioner,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

**No. 10–11243.**

United States Court of Appeals, Eleventh Circuit.

June 2, 2011.

Randall L. Johnson, Johnson & Associates, P.C., Arlington, VA, for Petitioner.

Andrew Oliveira, David Bernal, Krystal Samuels, Colette J. Winston, U.S. Department of Justice—Office of Immigration Litigation, Eric Holder, Jr. U.S. Attorney General's Office, Washington, DC, Nicole Guzman, DHS, Office of Chief Counsel, Orlando, FL, for Respondent.

Before HULL, BLACK and STAPLETON,* Circuit Judges.

* Honorable Walter K. Stapleton, United States Circuit Judge for the Third Circuit, sitting by designation.

Page number 906 at top.

PER CURIAM:

After review and oral argument, we find no reversible error in the Board of Immigration Appeals's ("BIA's") order, dated February 18, 2010, denying Petitioner Antoine St. Cyr's Motion for Reconsideration as to his claim of legal error relating to the issue of changed country conditions in his future persecution asylum claim.

We lack jurisdiction to review the underlying BIA decision dated October 15, 2009, because St. Cyr did not file a petition for review of this order. We also lack jurisdiction to review St. Cyr's claim of error regarding his humanitarian asylum claim under 8 C.F.R. § 208.13(b)(1)(iii) for failure to exhaust that claim.

Petition for Review DENIED in part and DISMISSED in part.